```
 1  Robert B. Hawk (SBN 118054)
    J. Christopher Mitchell (SBN 215639)
 2  HOGAN LOVELLS US LLP
    525 University Avenue, 4th Floor
 3  Palo Alto, California 94301
    Telephone: (650) 463-4000
 4  Facsimile: (650) 463-4199
    robert.hawk@hoganlovells.com
 5  chris.mitchell@hoganlovells.com

 6  Attorneys for Plaintiffs
    CSWL, Inc. and Dan G. Peterson
 7
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSWL, INC., a California corporation, and DAN G. PETERSON, a California resident,<br><br>            Plaintiffs,<br><br> v.<br><br>HIGHER ONE, INC., a Delaware corporation,<br><br>            Defendant. | CASE NO.: 10-cv-3177<br><br>**JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>The Honorable Bernard Zimmerman |

WHEREAS the Summons and Complaint in this Civil Action was served on Defendant on July 22, 2010;

WHEREAS a response to the Complaint is now due on August 12, 2010;

WHEREAS Plaintiffs' counsel and Defendant's counsel believe that an extension of time is in the respective parties' best interest to see if there is a possibility of resolving this matter expeditiously and without incurring the costs of litigation;

WHEREAS, this request for an extension of time is made in good faith and not for the purpose of delay, and will not prejudice any party;

WHEREAS, Plaintiffs and their counsel do not object to this extension;

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that the deadline for Defendant to file its response to the Complaint is extended from August 12, 2010 to September 27, 2010.

IT IS SO STIPULATED.

Dated: 8/10/2010            HOGAN LOVELLS US LLP

                            By:      /s/
                                  Robert B. Hawk

                            Attorneys for Plaintiffs CSWL, Inc. and
                                  Dan G. Peterson

Dated: 8/10/2010            WIGGIN AND DANA LLP


                            By:      /s/
                                  James I. Glasser

                            Attorneys for Defendant Higher One, Inc.

JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;
CASE NO.: 10-CV-3177

| | |
|---|---|
| 1 | PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED. |
| 2 | |
| 3 | Dated: 10/7~y '10 |
| 4 | THE HONORABLE BERNARD ZIMMERMAN |

JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;
CASE NO.: 10-CV-3177