Robert B. Hawk (SBN 118054)
J. Christopher Mitchell (SBN 215639)
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
robert.hawk@hoganlovells.com
chris.mitchell@hoganlovells.com

*Attorneys for Plaintiffs*
*CSWL, Inc. and Dan G. Peterson*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSWL, INC., a California corporation, and DAN G. PETERSON, a California resident,<br><br>                              Plaintiffs,<br><br>     v.<br><br>HIGHER ONE, INC., a Delaware corporation,<br><br>                              Defendant. | CASE NO.: 10-cv-3177<br><br>**SECOND JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>The Honorable Bernard Zimmerman |

WHEREAS the Summons and Complaint in this Civil Action was served on Defendant on July 22, 2010;

WHEREAS, upon the parties' first Joint Stipulation Extending Time for Defendant to Respond to Complaint, the Court extended the deadline for Defendant to file its response to the Complaint from August 12, 2010 to September 27, 2010;

WHEREAS, since the date of the Court's granting of the prior extension of time, the parties and counsel have met in person to discuss potential settlement;

WHEREAS Plaintiffs' counsel and Defendant's counsel believe that further negotiations may prove productive and that a further extension of thirty (30) days is in the respective parties' best interest to see if there is a possibility of resolving this matter expeditiously and without incurring further costs of litigation;

WHEREAS this request for an extension of time is made in good faith and not for the purpose of delay, and will not prejudice any party;

WHEREAS, Plaintiffs and their counsel do not object to this extension;

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that the deadline for Defendant to file its response to the Complaint is extended from September 27, 2010 to October 27, 2010.

IT IS SO STIPULATED.

Dated: September 21, 2010        HOGAN LOVELLS US LLP

                                 By:      /s/
                                       Robert B. Hawk

                                 Attorneys for Plaintiffs CSWL, Inc. and
                                 Dan G. Peterson

Dated: September 21, 2010        WIGGIN AND DANA LLP

                                 By:      /s/
                                       James I. Glasser

                                 Attorneys for Defendant Higher One, Inc.

JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;
CASE NO.: 10-CV-3177

\\\037602/000001 - 56830 v1

1
2   PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.
3
    Dated:  September 21, 2010                    _____
4
                                                  THE HONORABLE BERNARD ZIMMERMAN
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;
CASE NO.: 10-CV-3177

\\\037602/000001 - 56830 v1

1  I, Robert B. Hawk, am the ECF User whose ID and password are being used to file
2  this Second Joint Stipulation Extending Time For Defendants to Respond to Complaint. In
3  compliance with General Order 45, X.B., I hereby attest that James I. Glasser, Counsel for
4  Defendant, has concurred in this filing.

6  DATED: September 21, 2010          HOGAN LOVELLS US LLP

                                     By _____/s/_____
                                           Robert B. Hawk

16873\17\2422040.1

JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;
CASE NO.: 10-CV-3177

\\\037602/000001 - 56830 v1