1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   CSWL INC.,                    )
                                   )
12              Plaintiff(s),      )    No. C10-3177 BZ
                                   )
13        v.                       )    **BRIEFING ORDER**
                                   )
14   HIGHER ONE, INC.,             )
                                   )
15              Defendant(s).      )
     _____)
16

17        Having received defendant's motion to dismiss, **IT IS**

18   **ORDERED** as follows:

19        1.   Any opposition to defendant's motion shall be filed

20   by **November 19, 2010.**  Any reply shall be filed by **November**

21   **29, 2010**.

22        2.   The motion is scheduled to be heard on **December 15,**

23   **2010 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal

24   Building, 450 Golden Gate Avenue, San Francisco, California

25   94102.

26        3.   By no later than **November 19, 2010**, defendant shall

27   consent to or decline magistrate judge jurisdiction.   The form

28   to consent to or decline magistrate judge jurisdiction may be

                                    1

1 | found on the court's website at:

2 | http://www.cand.uscourts.gov

3 |

4 | Dated: November 1, 2010

5 |

6 |

7 | Bernard Zimmerman
United States Magistrate Judge

8 |

G:\BZALL\-BZCASES\CSWL V. HIGHER ONE\BRIEFING ORDER.wpd

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |