Shawn M. Christianson (SBN 114707)
Richard C. Darwin (SBN 161245)
BUCHALTER NEMER
A Professional Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-3537
Email:  rdarwin@buchalter.com

James I. Glasser (*pro hac vice*)
Jenny R. Chou (*pro hac vice*)
Elizabeth Richards Bing (SBN 254887)
Wiggin & Dana LLP
265 Church Street
New Haven, Connecticut  06508-1832
Telephone: (203) 498-4400
Facsimile: (203) 782-2889
Email: jglasser@wiggin.com
       jchou@wiggin.com
       ebing@wiggin.com

*Attorneys for Defendant*
HIGHER ONE, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSWL, INC., a California corporation and DAN G. PETERSON, a California resident,<br><br>Plaintiffs,<br><br>vs.<br><br>HIGHER ONE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 10-3177 PJH<br><br>**JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE REPLY BRIEF** |

WHEREAS, Defendant filed a Motion to Dismiss, or in the Alternative, to Transfer Venue to the District of Delaware, and to Strike Portions of the Complaint (Docket No. 13) (the "Motion") on October 27, 2010;

-1-

1  WHEREAS, Plaintiffs opposed the Motion on November 19, 2010, a Friday;

2  WHEREAS, prior to the reassignment of this case to this Court, Magistrate Judge Zimmerman ordered that Plaintiffs' opposition papers be filed by November 19, 2010, and any reply brief in further support of the Motion be filed by November 29, 2010, the Monday following the Thanksgiving holiday;

3  WHEREAS, in view of the Thanksgiving holiday, Defendant requests an extension of two (2) days to file its reply brief, to December 1, 2010;

4  WHEREAS, the Motion has been noticed for December 15, 2010, and the requested extension would not impact this hearing date;

5  WHEREAS, this is the parties' first request for an extension of time on the Motion;

6  WHEREAS this request for an extension of time is made in good faith and not for the purpose of delay, and will not prejudice any party;

7  WHEREAS, Plaintiffs and their counsel do not object to this extension;

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that the deadline for Defendant to file a reply brief in further support of the Motion is extended from November 29, 2010 to December 1, 2010.

IT IS SO STIPULATED.

Dated: November 23, 2010         HOGAN LOVELLS US LLP

                                 By:    /s/
                                     J. Christopher Mitchell

                                 Attorneys for Plaintiffs CSWL, Inc. and
                                 Dan G. Peterson

Dated: November 23, 2010         WIGGIN AND DANA LLP

                                 By:    /s/ James I. Glasser
                                     James I. Glasser (*pro hac vice*)

WIGGIN AND DANA LLP
265 CHURCH STREET
NEW HAVEN, CONNECTICUT 06508-1832
(203) 498-4400

BUCHALTER NEMER
A PROFESSIONAL CORPORATION

By:    */s/ Richard C. Darwin*
       Richard C. Darwin

Attorneys for Defendant Higher One, Inc.

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: 11/29/10        _____
                              THE HONORABLE PHYLLIS J. HAMILTON



-3-

**JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE REPLY BRIEF**
Case No. C 10-3177 PJH