UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CSWL, INC., et al.,

    Plaintiffs,

    v.

HIGHER ONE, INC.,

    Defendant.
_____/

No. C 10-3177 PJH

**ORDER CONTINUING HEARING DATE**

The date for the hearing on plaintiffs and counterdefendants' motion to dismiss the counterclaims for negligent misrepresentation and fraud, previously set for hearing on March 16, 2011, has been CONTINUED to Wednesday, April 27, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 11, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge